The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | | Date of Offense |
|---|---|---|---|---|
| WYNP | E1348325 | 36CFR412 | | 07/12/2024 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 36CFR4.22(b)(3) | FAILURE TO MAINTAIN CONTROL TO AVOID DAMAGE TO PROPERTY |

Defendant Name

ZHANG, ZHIEJIE

Initial Court Appearance

MANDATORY - You must appear in court

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br>YELLOWSTONE JUSTICE CENTER<br>105 ALBRIGHT AVE<br>YELLOWSTONE N P, WY 82190 | 08/08/2024<br>01:30 PM |